**132**

Cornelius Escredge FOWLER, Appellant,

v.

The STATE of Texas, Appellee.

No. 28962.

Court of Criminal Appeals of Texas.

April 17, 1957.

No attorney for appellant of record on appeal.

J. M. Kolander, County Atty., Robert L. Templeton, Asst. County Atty., Amarillo, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This purports to be an appeal from a conviction for driving while intoxicated, with punishment assessed at 15 days in jail and a fine of $100.

As required by Art. 827, C.C.P., the record does not reflect that a notice of appeal was given and entered of record.

In the absence of a notice of appeal this Court has no jurisdiction to entertain the appeal.

The appeal is dismissed.

Earl Ernest LUNCEFORD, Appellant,

v.

The STATE of Texas, Appellee.

No. 28968.

Court of Criminal Appeals of Texas.

April 17, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the offense of driving while intoxicated; the punishment, three days in jail and a fine of $125.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.